UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mackenzie Swenson,<br><br>                    Plaintiff,<br><br>          -against-<br><br>Freedom Financial Asset Management, LLC et al.,<br><br>                    Defendants. | 25-CV-10585 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Defendant Experian Information Solutions, Inc. docketed a "proposed protective order." The order is not signed by the parties. If the order reflects an agreement by the parties, they should sign it and docket it as a motion for the Court's approval. If it is a proposal to the opposing party, it should not be docketed.

          SO ORDERED.

Dated:  June 5, 2026
        New York, New York

_____
                ARUN SUBRAMANIAN
              United States District Judge